IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARL Y. THOMAS AND ALVIRITA MAXINE THOMAS,<br>  Plaintiffs,<br><br>V.<br><br>U.S. BANK TRUST, N.A., AS TRUSTEE OF THE IGLOO SERIES II TRUST,<br>  Defendant. | § § § § § § § § § § § | Civil Action No. 4:18-cv-04328 |

**DEFENDANT'S DISCLOSURE OF INTERESTED PERSONS**

NOW COMES, Defendant U.S. BANK AND TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES II TRUST ("U.S. Bank") and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Plaintiff CARL Y. THOMAS. is a resident of Texas and has a home address of 614 BOLD RULER, STAFFORD, TEXAS 77477.

2. Plaintiff ALVIRITA MAXINE THOMAS. is a resident of Texas and has a home address of 614 BOLD RULER, STAFFORD, TEXAS 77477.

3. Defendant "U.S. Bank" is a Delaware Trust.

4. RAY L. VELA and RICHARD E. ANDERSON are counsel for the Defendants and have a business address of ANDERSON VELA, LLP, 4920 Westport Drive, The Colony, Texas 75056.

**CERTIFICATE OF SERVICE**

  I certify that on this the 30th day of November 2018, a true copy of the above document has been delivered in person to the following pursuant to the Federal Rules of Civil Procedure for each party listed below.

CARL Y. THOMAS, SR., Pro Se      Via e-mail: cytfiindustries@gmail.com
ALVIRITA MAXINE THOMAS, Pro Se
614 Bold Ruler
Stafford, Texas 77477


             By:  */s/ Ray L. Vela*    .
                RAY L. VELA